AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| SILVER SCREEN FILMS INC. (formerly Silver Screen Finance, Inc.), a Cayman Islands Company, registered as a foreign corporation in California;<br><br>*Plaintiff(s)*<br><br>v.<br><br>HOLLYWOOD MEDIA VENTURE, LLC, a Delaware Limited Liability Company;<br>(See attachment #1)<br><br>*Defendant(s)* | Civil Action No. 2:22-cv-08901 SB (AFMx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HOLLYWOOD MEDIA VENTURE, LLC, a Delaware Limited Liability Company;
8 The Green, Suite R,
Dover, DE 19901

(See attachment #2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas S. Carter, Esq.,
THE LAW OFFICES OF THOMAS S. CARTER
223 W. Foothill Blvd., Second Floor,
Claremont, CA 91711
Tel: (909) 296-3360

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/12/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:11-cv-08901

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SILVER SCREEN FILMS INC. v. HOLLYWOOD MEDIA VENTURE, LLC., et

al.,

Civil Action No. 2:22-cv-8901

## ATTACHMENT #1 TO SUMMONS

HOLLYWOOD MEDIA VENTURE, LLC, a Delaware Limited Liability Company; HOLLYWOOD MEDIA VENTURES I, LLC, a Delaware Limited Liability Company; HOLLYWOOD MEDIA VENTURES II, LLC, a Delaware Limited Liability Company; HOLLYWOOD MEDIA VENTURES HOLDINGS, LLC, a Delaware Limited Liability Company; HOLLYWOOD MEDIA VENTURES HOLDINGS II, LLC, a Delaware Limited Liability Company; HOLLYWOOD MEDIA VENTURES MANAGEMENT, LLC, a Delaware Limited Liability Company; HOLLYWOOD MEDIA VENTURE PARTNERS, LLC a Delaware Limited Liability Company; HOLLYWOOD MEDIA VENTURE PRODUCTIONS I, LLC a Delaware Limited Liability Company; PRODUCTION CAPITAL, LLC; a Delaware Limited Liability Company; PRODUCTION CAPITAL CORP., a California corporation; BURGEE & ABRAMOFF, PROFESSIONAL CORPORATION, a California Professional Corporation; KNIGHTSBRIDGE ENTERTAINMENT, INC., a Colorado Corporation; BASE FX PRODUCTIONS SWITZERLAND AG; a Baar, Switzerland, public limited company; KEVIN ROBL, an individual; REMINGTON WILLIAM CHASE, aka Bill Chase aka William Westwood, aka William Elliot, an individual; ROBERT WILLIAM ABRAMOFF, ESQ., an individual; MOHAMED SHAABAN, an individual; and DOES 1 through 20, inclusive,

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SILVER SCREEN FILMS INC. v. HOLLYWOOD MEDIA VENTURE, LLC., et al.,

Civil Action No. 2:22-cv-8901

### ATTACHMENT #2 TO SUMMONS

DEFENDANTS TO BE SERVED:

HOLLYWOOD MEDIA VENTURE, LLC, a Delaware Limited Liability Company;
8 The Green, Suite R, Dover, DE 19901

HOLLYWOOD MEDIA VENTURES I, LLC, a Delaware Limited Liability Company;
3524 Silverside Rd., Ste. 35B, Wilmington, DE 19810

HOLLYWOOD MEDIA VENTURES II, LLC, a Delaware Limited Liability Company;
3524 Silverside Rd., Ste. 35B, Wilmington, DE 19810

HOLLYWOOD MEDIA VENTURES HOLDINGS, LLC, a Delaware Limited Liability Company;
3524 Silverside Rd., Ste. 35B, Wilmington, DE 19810

HOLLYWOOD MEDIA VENTURES HOLDINGS II, LLC, a Delaware Limited Liability Company;
3524 Silverside Rd., Ste. 35B, Wilmington, DE 19810

HOLLYWOOD MEDIA VENTURES MANAGEMENT, LLC, a Delaware Limited Liability Company;
16192 Coastal Hwy., Lewes, DE 19958

HOLLYWOOD MEDIA VENTURE PARTNERS, LLC a Delaware Limited Liability Company;
Corporation Trust Center 1209 Orange St., Wilmington, DE 19801

HOLLYWOOD MEDIA VENTURE PRODUCTIONS I, LLC a Delaware Limited Liability Company;
8 The Green, Ste. R, Dover, DE 19901

PRODUCTION CAPITAL, LLC; a Delaware Limited Liability Company;
16192 Coastal Hwy, Lewes, DE 19958

PRODUCTION CAPITAL CORP., a California corporation;
31416 Agoura Rd., Ste. 118, Westlake Village, CA 91361

BURGEE & ABRAMOFF, PROFESSIONAL CORPORATION, a California Professional Corporation;
20501 Ventura Blvd., Ste. 262, Woodland Hills, 91364

KNIGHTSBRIDGE ENTERTAINMENT, INC., a Colorado Corporation;
1942 Broadway St., Ste. 314C, Boulder, CO 80302

BASE FX PRODUCTIONS SWITZERLAND AG; a Baar, Switzerland, public limited company;
Neuhofstrasse 5A, 6340 Baar, ZG 1701, Switzerland

KEVIN ROBL, an individual;
217 S. San Rafael Ave., Pasadena, CA 91105

REMINGTON WILLIAM CHASE, aka Bill Chase aka William Westwood, aka William Elliot, an individual;
7745 Berry Rd., Burleson, TX 76028

ROBERT WILLIAM ABRAMOFF, ESQ., an individual;
6337 Langhall Ct., Agoura Hills, CA 91301

MOHAMED SHAABAN, an individual;
2515 Roscomare Rd., Los Angeles, CA 90077