UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVER SCREEN FILMS INC., <br><br> Plaintiff, <br><br> v. <br><br> HOLLYWOOD MEDIA VENTURE, LLC et al., <br><br> Defendants. | Case No. 2:22-cv-08901-SB-AFM <br><br> ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION |

  Generally, a plaintiff must serve process on defendants within 90 days of the filing of the complaint.  *See* Fed. R. Civ. P. 4(m).  This matter was filed on December 8, 2022.  Dkt. No. 1.  More than 90 days have passed since the complaint in this case was filed, and Plaintiff has not filed a proof of service for HOLLYWOOD MEDIA VENTURE, LLC, HOLLYWOOD MEDIA VENTURES I, LLC, HOLLYWOOD MEDIA VENTURES II, LLC, HOLLYWOOD MEDIA VENTURES HOLDINGS, LLC, HOLLYWOOD MEDIA VENTURES HOLDINGS II, LLC, HOLLYWOOD MEDIA VENTURES MANAGEMENT, LLC, HOLLYWOOD MEDIA VENTURE PARTNERS, LLC, HOLLYWOOD MEDIA VENTURE PRODUCTIONS I, LLC, Production Capital, LLC, Production Capital Corp, KNIGHTSBRIDGE ENTERTAINMENT, INC, BASE FX PRODUCTIONS SWITZERLAND AG, Kevin Robl, REMINGTON WILLIAM CHASE, or MOHAMED SHAABAN (Unserved Defendants).  Plaintiff is ordered to show cause, in writing, no later than April 7, 2023, why Plaintiff's claims against the Unserved Defendants should not be dismissed.

  The Court will consider as an appropriate response to this Order to Show Cause the filing of proofs of service showing that the Unserved Defendants were served within the 90-day period or a showing of good cause for extending the service period.  Failure to respond to the Order to Show Cause will be deemed

1

2

consent to the dismissal without prejudice of the claims against the Unserved Defendants.

    IT IS SO ORDERED.

Date: March 27, 2023

                                              Stanley Blumenfeld, Jr.
                                              United States District Judge